[No. 26429-3-II. Division Two. May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00320-1, Rosanne Buckner, J., entered September 8, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J.; Morgan, J., concurs in the result.

[No. 26746-2-II. Division Two. May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A. STORM, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00201-4, M. Karlynn Haberly, J., entered November 15, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 26880-9-II. Division Two. May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD M. CONKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00195-9, Toni A. Sheldon, J., entered January 4, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 26941-4-II. Division Two. May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN LAMAR BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01058-1, Leonard W. Costello, J., entered January 12, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.